**UNITED STATES DISTRICT COURT**
<u>**EASTERN DISTRICT OF NEW YORK**</u>

**FILED**
**CLERK**

10:00 am, Jun 23, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Steven Boscaino,

                Plaintiff(s),

    v.

Jefferson Capital Systems,

                Defendant(s).

Case No: 2:21-cv-02423-JMA-AKT

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Steven Boscaino and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) Jefferson Capital Systems, LLC.

DATED: June 22, 2021



Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/23/2021

**BARSHAY, RIZZO & LOPEZ, PLLC**

By:  s/ *David M. Barshay*
David M. Barshay, Esquire
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21154
*Attorneys for Plaintiff*